## ALABAMA AGGREGATE INC

Donna M. Lea
4703 County Road 35
Hanceville
AL, 35077

3002

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 961.54 | 45,192.38 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.08 | 1,673.58 |
| Social Security | 59.62 | 2,801.93 |
| Medicare | 13.94 | 655.29 |
| AL Income Tax | 35.54 | 1,676.30 |

Alabama Aggregate, Inc.
29 Charlie Brown Lane
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period**
11/12/2018 - 11/18/2018

**Pay Date**
11/23/2018

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $961.54 | $45,192.38 |
| Taxes | $127.18 | $6,807.10 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$834.36** |

PRODUCT SSLT103   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

6784285700
D13BC1 CHIKDK05 10/24/2018 19:49 -501-

---

## ALABAMA AGGREGATE INC

Donna M. Lea
4703 County Road 35
Hanceville
AL, 35077

3027

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 961.54 | 46,153.92 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.08 | 1,691.66 |
| Social Security | 59.61 | 2,861.54 |
| Medicare | 13.94 | 669.23 |
| AL Income Tax | 35.54 | 1,711.84 |

Alabama Aggregate, Inc.
29 Charlie Brown Lane
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period**
11/19/2018 - 11/25/2018

**Pay Date**
11/30/2018

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $961.54 | $46,153.92 |
| Taxes | $127.17 | $6,934.27 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$834.37** |

PRODUCT SSLT103   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

6784285700
D13BC1 CHIKDK05 10/24/2018 19:49 -476-

# ALABAMA AGGREGATE INC

**Donna M. Lea**
4703 County Road 35
Hanceville
AL, 35077

**Alabama Aggregate, Inc.**
29 Charlie Brown Lane
Pell City
AL, 35125

**Pay Period**
11/26/2018 - 12/02/2018

**Pay Date**
12/07/2018

**MEMO:**

YTD 3087

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 961.54 | 47,115.46 |

| OTHER PAY | | | Current | YTD |
|---|---|---|---|---|

| BENEFITS | | | Used | Available |
|---|---|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.08 | 1,709.74 |
| Social Security | 59.62 | 2,921.16 |
| Medicare | 13.94 | 683.17 |
| AL Income Tax | 35.54 | 1,747.38 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $961.54 | $47,115.46 |
| Taxes | $127.18 | $7,061.45 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$834.36** |

PRODUCT SSLT103  USE WITH 91663 ENVELOPE  Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

6784285700
D13BC1 CHIKDK05 10/24/2018 19:49 -416-