## Paystub 2028

**C. B. Sales & Leasing, Inc.**     2028

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 2,986.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 222.35 |
| Medicare | 2.17 | 52.00 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

OTHER PAY    Current    YTD

**Pay Period** 11/05/2018 - 11/11/2018
**Pay Date** 11/13/2018
**MEMO:**

BENEFITS    Used    Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $3,929.34 |
| Taxes | $11.47 | $371.63 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.53** |

---

## Paystub 2035

**C. B. Sales & Leasing, Inc.**     2035

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 3,286.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 240.95 |
| Medicare | 2.17 | 56.35 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

OTHER PAY    Current    YTD

**Pay Period** 11/12/2018 - 11/18/2018
**Pay Date** 11/19/2018
**MEMO:** Check created out of sequence in a prior quarter

BENEFITS    Used    Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $4,229.34 |
| Taxes | $11.47 | $394.58 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.53** |

---

## Paystub 2037

**C. B. Sales & Leasing, Inc.**     2037

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 3,436.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 250.25 |
| Medicare | 2.18 | 58.53 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

OTHER PAY    Current    YTD

**Pay Period** ~~12/03/2018 - 12/09/2018~~ 11/26/18 - 12/02/2018
**Pay Date** 12/11/2018
**MEMO:**

BENEFITS    Used    Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $4,379.34 |
| Taxes | $11.48 | $406.06 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.52** |

## 2048

**C. B. Sales & Leasing, Inc.**

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 3,886.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr r | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 278.15 |
| Medicare | 2.17 | 65.05 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

**OTHER PAY** — Current — YTD

Pay Period: 12/17/2018 - 12/23/2018
Pay Date: 12/27/2018
MEMO:

**BENEFITS** — Used — Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $4,829.34 |
| Taxes | $11.47 | $440.48 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.53** |

---

## 2044

**C. B. Sales & Leasing, Inc.**

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 3,736.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 268.85 |
| Medicare | 2.18 | 62.88 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

**OTHER PAY** — Current — YTD

Pay Period: 12/10/2018 - 12/16/2018
Pay Date: 12/18/2018
MEMO:

**BENEFITS** — Used — Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $4,679.34 |
| Taxes | $11.48 | $429.01 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.52** |

---

## 2039

**C. B. Sales & Leasing, Inc.**

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 3,586.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 259.55 |
| Medicare | 2.17 | 60.70 |
| AL Income Tax | 0.00 | 29.20 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

**OTHER PAY** — Current — YTD

Pay Period: 12/03/2018 - 12/09/2018
Pay Date: 12/11/2018
MEMO:

**BENEFITS** — Used — Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $4,529.34 |
| Taxes | $11.47 | $417.53 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.53** |

**C. B. Sales & Leasing, Inc.**                                                                2018

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 2,986.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 0.00 | 200.00 |
| Labor $25.00 per hr | - | - | 0.00 | 600.00 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 9.30 | 222.35 |
| Medicare | 2.17 | 52.00 |
| AL Income Tax | 0.00 | 29.20 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

**OTHER PAY** — Current — YTD

**Pay Period**
11/05/2018 - 11/11/2018
10/29 - 11/04/18
**Pay Date**
11/09/2018
11/06/18

**BENEFITS** — Used — Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $150.00 | $3,929.34 |
| Taxes | $11.47 | $371.63 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$138.53** |

MEMO:

---

**C. B. Sales & Leasing, Inc.**                                                                2013

Ross A. Lea
4703 County Rd 35
Hanceville
AL, 35077

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 150.00 | 2,836.37 |
| Fuel/Oil | - | - | 0.00 | 103.97 |
| Parts | - | - | 0.00 | 19.00 |
| Other | - | - | 0.00 | 20.00 |
| Truck/Trailer wash | - | - | 200.00 | 200.00 |
| Labor $25.00 per hr | - | - | 50.00 | 600.00 |

C B Sales & Leasing, Inc
29 Charlie Brown Ln
Pell City
AL, 35125

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 68.08 |
| Social Security | 12.40 | 213.05 |
| Medicare | 2.90 | 49.83 |
| AL Income Tax | 0.00 | 29.20 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| payroll 08/13/18 - too much tax taken | 0.00 | 130.52 |

**OTHER PAY** — Current — YTD

**Pay Period**
10/29/2018 - 11/04/2018
**Pay Date**
11/05/2018

**BENEFITS** — Used — Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $400.00 | $3,779.34 |
| Taxes | $15.30 | $360.16 |
| Deductions | $0.00 | $130.52 |
| **NET PAY:** | | **$384.70** |

MEMO: